**FILED**
CLERK, U.S. DISTRICT COURT

11/16/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22-cr-00163-CJC |
| Plaintiff, | I N D I C T M E N T |
| v. | [8 U.S.C. §§ 1326(a), (b)(1): Illegal Alien Found in the United States Following Deportation] |
| OSCAR EDUARDO ORTEGA, aka "Oscar Eduardo Ortega Anguiano," aka "Rafael Martin Lomeli," aka "Oscar Martinez Ortega," | |
| Defendant. | |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(1)]

On or about November 26, 2021, defendant OSCAR EDUARDO ORTEGA, also known as ("aka") "Oscar Eduardo Ortega Anguiano," aka "Rafael Martin Lomeli," aka "Oscar Martinez Ortega," an alien, who had been officially deported and removed from the United States on or about December 2, 2016 and June 1, 2018, was found in Orange County, within the Central District of

1  California, after knowingly and voluntarily re-entering and

2  remaining in the United States without having obtained

3  permission from the Attorney General or his designated

4  successor, the Secretary for Homeland Security, to reapply for

5  admission to the United States following deportation and

6  removal.

7      At least one of defendant's previously alleged deportations

8  and removals from the United States occurred subsequent to

9  defendant's conviction for one or more of the following

10 felonies:

11     (1)  Grand Theft of Personal Property, in violation of

12 California Penal Code Section 487(a), on or about October 5,

13 2005, in the Superior Court of the State of California, County

14 of Los Angeles, Case Number SA057546, for which defendant

15 received a sentence of 365 days of imprisonment;

16     (2)  Unlawful Driving or Taking of a Vehicle, in violation

17 of California Vehicle Code Section 10851(a), on or about

18 October 5, 2005, in the Superior Court of the State of

19 California, County of Los Angeles, Case Number SA057932, for

20 which defendant received a sentence of 19 days of imprisonment;

21 and

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1       (3)    False Imprisonment by Violence/Deceit, in violation of

2  California Penal Code Sections 236 and 237(a), on or about

3  February 28, 2014, in the Superior Court of the State of

4  California, County of Orange, Case Number 13WF3910, for which

5  defendant received a sentence of 16 months of imprisonment.

6

7                                        A TRUE BILL

8                                        **/s/**
                                         _____
                                         Foreperson
9

10  E. MARTIN ESTRADA
    United States Attorney

11
    SCOTT M. GARRINGER

12  Assistant United States Attorney
    Chief, Criminal Division

13

14

15  BENJAMIN R. BARRON
    Assistant United States Attorney

16  Chief, Santa Ana Branch Office

17  JENNIFER L. WAIER
    Assistant United States Attorney

18  Deputy Chief, Santa Ana Branch Office

19  ROBERT J. KEENAN
    Assistant United States Attorney

20  Santa Ana Branch Office

21

22

23

24

25

26

27

28

                                 3